PROB 12C - (Rev. D/NM-8/2014)     412307

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

### Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Eric Wolf |
| Docket Number: | 1084 1:23-CR-00627-001MV |
| Assigned Judge: | Honorable Martha Vazquez, Senior United States District Judge |
| Date of Original Sentence: | 03/05/2018 |
| Original Offense: | 18 U.S.C. 113(a)(6): Assault Resulting in Serious Bodily Injury |
| Original Sentence: | BOP: 60 months; TSR: 3 years |
| Date Supervision Commenced: | 10/19/2022 |
| Date Supervision Expires: | 10/18/2025 |
| Other Court Action: | 05/05/2023: Transfer of Jurisdiction Approved in the District of New Mexico |

### PETITIONING THE COURT

No warrant requested. Emergency warrant issued.

U.S. Probation Officer of the Court, Kara A Thomas, alleges the defendant has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| SC | After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>The defendant was instructed to report to the Probation Office on May 3, 2023, at 9:30am. The defendant failed to report as instructed. |
| SC | You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.<br><br>On April 18, 2023, a search was conducted at the home of the defendant, upon arriving, the Probation Office located federal fugitive Randy Lovett. The defendant admitted to allowing Mr. Lovett to stay at his home the night before and admitted knowing he was a convicted felon. |
| SC | You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>The defendant was instructed to abstain from contact with Nicole Torres and the defendant continued to have unapproved contact. In addition, the defendant was instructed to reside with his parents every night, the defendant failed to follow this instruction. |
| SPC | You must participate in a mental health assessment and follow any directions by the probation |

|     | |
| --- | --- |
|     | officer or treatment provider, which may include taking prescribed medication. You must contribute to the cost of treatment in an amount to be determined by the probation officer. |
|     | The defendant failed to attend his individual therapy session at Counseling World in Albuquerque, New Mexico, on April 29, 2023. In addition on May 3, 2023, the defendant admitted to not taking his prescribed medications for the last two weeks. |
| SPC | You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer. |
|     | On April 29, 2023, the defendant failed to provide a urinalysis test at Counseling World in Albuquerque, New Mexico. |

The maximum statutory penalty:  2 years imprisonment; 3 years supervised release.
The revocation range of imprisonment:  8 to 14 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 05/09/2023.

Submitted:

*Kara Thomas*

Kara A Thomas
U.S. Probation Officer
Cell #: 505-554-8893

Approved:   ☐ Phone Approval

Emergency Warrant

David Walsh
Assistant U.S. Attorney

Date: 05/03/2023